Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

*#4*
*to paid*

for the

Western District of Pennsylvania

*15B1*

_____ Division

|  |  |
|---|---|
| Case No. | *1:25-cv-290* |

*(to be filled in by the Clerk's Office)*

___Jeffrey Wegmiller SR___
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

___Wavepoint 3PL + All___
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☒Yes ☐No

FILED

SEP 2 4 2025

CLERK OF COURT OF WESTERN DISTRICT
OF PENNSYLVANIA

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name        Jeffrey Keith Wegmiller
Address      112 north Main St

Union City _____ PA ___ 16438
       *City*             *State*        *Zip Code*

County       Erie
Telephone Number   814-812-4068
E-Mail Address    Jwegmiller 1 @Icloud.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name        Wavepoint 3PL
Job or Title *(if known)*
Address      5501 Rt 89

North East _____ P A ____ 16438
       *City*             *State*        *Zip Code*

County       Erie
Telephone Number
E-Mail Address *(if known)*   . Brooks @ wavepoint³ᴾᴸ. Com

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name        Marc Gennero
Job or Title *(if known)*  HR
Address      5501 RT 89

North East _____ PA ____ 16428
       *City*             *State*        *Zip Code*

County       ERIE
Telephone Number
E-Mail Address *(if known)*   M Gennero @ wave Point-3PL.com

☒ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

_____

| City | State | Zip Code |
|------|-------|----------|

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

_____

| City | State | Zip Code |
|------|-------|----------|

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur? wavepoint 5501 Rt 89 northeast

B.  What date and approximate time did the events giving rise to your claim(s) occur?

April 30th 2024

Kirks cousin wrote me and said they did me dirty. for months after me being Fired they continued to Use My Military Discount through home Depot I got notified for

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Im a combat vet Diagnosed with PSD, Anxiety. In Dec 2023 I wrote a email to the owner Kirk HR Department, Ceo, + my bosses because of my PTSD after my Brother was Shot Sept 2023 and His wife murdered. I was also being harassed nothing was done no help March - April time frame I told Hr and my boss the owners son was yelling at me and another time elbowed me. Nothing Done my wife asked for a Divorce I again told HR I was having issues nothing. April 26th I wrote Ting in HR sad I needed accomodations Bc of my PTSD More Called told me I had to Discuss with him what I did over seas to get PTSD I told him no and said to stay away. April 30th my boss mike called Asked me to go to HR I Told them I didn't want to be near More Because of what he did ———> next page

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. My PTSD spiraled out of control Began Drinking I Continued Through Vet @center in Erie along with Behavioral health was Put on several meds along with Trying Alpha stim now

Continued from Page 4. Marc got on phone I didn't know it was on Speaker Told him again to stay away, Marc Mike Tina came to me while I was out side Marc and I argued told him to stay away from me, he went called cops. While state trooper was there I asked to call vet center He said ok I put on speaker phone Sherice had answered Tina Asked me to leave. I asked not once But Twice if they would accommodate my PTSD She Said no in front of the trooper and to vets center on phone

## V. Relief The Troopers Body Cam will Confirm along with video fom company They Called said I was fired for hanging up on Marc

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I want marc Fired. He violated My PTSD laughed at me offered no help called the police on me a day after seeing my therapist for his actions. I lost insurance on My family for months my children watched as I lost Control from what happened I lost 9.50 a hour I went from making close to 100k a year to less than Half that I don't know what to ask for I wasn't the only vet that HR Didn't help 2 weeks before Jim walked out after begging for help from our boss Mike and HR they did nothing to Mary Valvo Same one that Harrassed me and Called me Retarded she is area supervisor Jim walked out hes 100% Disabled I want them to offer help to vet when needed not treat them like crap until they leave or Corner them to put them into their Fight or Flight

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9-24-25

Signature of Plaintiff    _Jeffrey K We    SR_

Printed Name of Plaintiff    _Jeffrey K Wegmiller SR_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____

| | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____