IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY K. WEGMILLER, Sr., </br>    Plaintiff | ) </br> ) </br> ) | |
| v. | ) </br> ) | 1:25-cv-00290-RAL |
| WAVEPOINT 3PL, INC. and MARK GENNERO, </br>    Defendants | ) </br> ) </br> ) | Electronically Filed |

## NOTICE OF APPEARANCE

To:   Clerk of Court

Please enter my Appearance, subject to reservation of rights to pursue dismissal for lack of personal jurisdiction and/or service, which will be set forth in a Motion to Dismiss, on behalf of defendants Wavepoint 3PL, Inc. and Mark Gennero (more properly known as, Mark Genareo) in the above referenced matter.

*s/ Nathan P. Venesky*
Nathan P. Venesky
PA ID 331988
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7706
(814) 454-4647 (facsimile)
nvenesky@mijb.com

Attorneys for Defendant,
   Wavepoint 3PL, Inc.

4924-3440-9594

**CERTIFICATE OF SERVICE**

  I certify that on November 17, 2025, the foregoing Notice of Appearance was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties who have appeared of record by operation of the Court's ECF system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Those parties may access this filing through the Court's ECF system.

                 *s/ Nathan P. Venesky*
                 Nathan P. Venesky